JS-6

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| O.W. BUNKER MALTA LIMITED,<br><br>    Plaintiff,<br><br>    vs.<br><br>M/V TROGIR, her engines, boilers, tackles, etc., *in rem*,<br><br>    Defendant. | CASE NO.: CV12-05657R (FFMx)<br><br>IN ADMIRALTY<br><br>**JUDGMENT IN FAVOR OF PLAINTIFF O.W. BUNKER MALTA LIMITED** |

  WHEREAS, on January 7, 2013, argument was heard on Defendant M/V TROGIR and specially appearing claimant TROGIR MARITIME INC.'s motion to dismiss and Plaintiff O.W. BUNKER MALTA LIMITED's cross-motion for summary judgment, the Honorable Manuel L. Real, District Judge Presiding; and

  WHEREAS the Court construed Defendant and Specially Appearing

---

1

[PROPOSED] JUDGMENT                         CASE NO. CV12-05657R (FFMx)

CHALOS & Co, P.C.

Claimant's motion to dismiss as a motion for summary judgment, and considered the two (2) motions as cross-motions for summary judgment; and

WHEREAS, for reasons stated on the record, the Court denied Defendant and Specially Appearing Claimant's motion for summary judgment and granted Plaintiff's motion for summary judgment; it is now

ORDERED, ADJUDGED AND DECREED that Defendant and Specially Appearing Claimant's motion for summary judgment is denied; Plaintiff's motion for summary judgment is granted; and judgment is hereby entered in favor of Plaintiff O.W. BUNKER MALTA LTD. against Defendant M/V TROGIR in the amount of USD 438,248.34, plus interest at the rate of 2% per month from January 4, 2012 (compounded monthly for each month of non-payment) until the date of payment. The costs of this action, including all fees and costs of the substitute custodian in storing, maintaining, safekeeping, and insuring the Vessel while in *custodia legis*, shall be taxed to Defendant pursuant to Fed. R. Civ. P. 54 and Local Rule 54-3.

Dated: Jan. 29, 2013

_____

UNITED STATES DISTRICT JUDGE